## Commonwealth ex rel. Crews, Appellant, *v.* Botula.

 Submitted November 9, 1964. *Walter Crews,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Deckert, Appellant, *v.* Maroney.

 Submitted November 9, 1964. *Edwin W. Deckert,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Dorian, Appellant, *v.* Maroney.

 Submitted November 9, 1964. *Sheldon A. Dorian,* appellant, in propria persona; *William P. Kelly,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for appellee.

Order affirmed.